# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN JONES, | ) | NO. CV 18-3052-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF DEPT., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 16, 2018.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE